UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ESSEX INSURANCE COMPANY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Cause No. 06-cv-710-JPG |
| | ) |
| M.N. HOSPITALITY, INC. d/b/a CHAIN | ) |
| OF ROCKS MOTEL, ABDUL MUNSHI | ) |
| and MICHAEL BAZZELL, | ) |
| | ) |
|    Defendants. | ) |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and without costs.

                                                      **NORBERT JAWORSKI, Clerk**

Dated:  September 20, 2007                                         s/Brenda K. Lowe, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**